# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,     :     Case No. 3:98-cr-081

                                     District Judge Walter Herbert Rice
-vs-                               Magistrate Judge Michael R. Merz

                               :

KEITH W. DEWITT,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 431), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 13, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion for Recusal of the undersigned be, and it hereby is, denied.

May 14, 2010.

                                                      Walter Herbert Rice
                                                      United States District Judge