# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:98-cr-081
                              Also Case No. 3:12-cv-183

                                District Judge Walter Herbert Rice
- vs -                            Magistrate Judge Michael R. Merz

KEITH DEWITT, SR.,

        Defendant.    :

---

## RECOMMITTAL ORDER

---

This case is before the Court on Defendant's Objections (ECF No. 554) to the Magistrate Judge's pending Report and Recommendations under the First Step Act (ECF No. 553). The Government's time to respond to the Objections will expire July 9, 2019.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 22, 2019.

                                                        Walter H. Rice
                                                       United States District Judge