IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:98-cr-81 |
| - vs - | : | District Judge Walter H. Rice<br>Magistrate Judge Michael R. Merz |
| KEITH W. DEWITT, | : | |
| Defendant. | : | |

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #552), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Remanded Matters are DISMISSED with prejudice. Defendant is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that any appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

July 24, 2019.

Walter H. Rice
United States District Judge